FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELODY NEWSOME,<br><br>                        Plaintiff,<br><br>            v.<br><br>CAROLYN COLVIN,<br><br>                        Defendant. | No.   1:14-CV-03095-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Bianchini's October 13, 2015 Report and Recommendation, ECF No. 18, recommending that Plaintiff's motion for summary judgment be granted and Defendant's motion for summary judgment be denied. Defendant timely filed an objection on October 21, 2015, ECF No. 20.

After reviewing the Report and Recommendation, the Defendant's objections, and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**:

   **1.** The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

ORDER **-** 1

**2.** The Clerk's Office is directed to **CLOSE** the case and enter judgment accordingly.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 28th day of October 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Newsome v Colvin-3095\ord adoptingR&R lc2 docx

ORDER **-** 2