Case 1:14-cv-03095-SMJ   Document 28   Filed 04/14/16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELODY NEWSOME, | No. 1:14-CV-03095-SMJ |
| Plaintiff, | |
| v. | **ORDER** |
| CAROLYN W. COLVIN<br>Acting Commissioner of the Social Security Administration<br>DEFENDANT, | |
| Defendant. | |

Before the Court, without oral argument, is the Defendant's Motion to Alter Judgment, **ECF No. 24.** Having reviewed the pleadings and the file in this matter, the Court is fully informed and **DENIES** the motion.

//

//

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Alter Judgment, **ECF No. 24**, is **DENIED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 14th day of April 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge